NO. 20-1100

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

CITIBANK, N.A. as Trustee for American Home Mortgage Assets Trust 2006-3 Mortgage-Backed Pass-Through Certificates Series 2006-3,

Plaintiff-Appellee,

v.

KATHERINE L. CAITO,

Defendant-Appellant.

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND
## L.T. CASE NO. 18-427-JJM-LDA

## APPELLEE'S OPPOSITION TO APPELLANT'S EMERGENCY
## MOTION FOR EXTEND TIME TO FILE REPLY BRIEF

Marissa I. Delinks, Bar Id. 111180
Maura K. McKelvey, Bar Id. 67218
Samuel C. Bodurtha, Bar Id. 1171902
Hinshaw & Culbertson LLP
53 State Street, 27th Floor
Boston, MA 02109
Tel: 617-213-7000/Fax: 617-213-7001
Email: mdelinks@hinshawlaw.com
     mmckelvey@hinshawlaw.com
     sbodurtha@hinshawlaw.com

*Counsel for Plaintiff-Appellee*

May 19, 2021

1028594\308187202.v1

## CITIBANK AS TRUSTEE'S OPPOSITION TO APPELLANT'S EMERGENCY MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Plaintiff-Appellee, CITIBANK, N.A. as Trustee for American Home Mortgage Assets Trust 2006-3 Mortgage-Backed Pass-Through Certificates Series 2006-3 ("Citibank as Trustee") opposes the Defendant-Appellant, Katherine L. Caito's ("Defendant") Emergency Motion to Extend Time to File Reply Brief.

The Defendant's permissive reply brief was originally due to be filed on or before January 20, 2021. Since then, the Defendant filed numerous requests for extensions of time to file this reply, which this Court allowed. Per order of April 29, 2021, this Court cautioned "The appellant's reply brief is due on or before May 19, 2021. No further extensions of this deadline should be expected."

This order, notwithstanding, today, the day the Defendant's permissive reply brief is due to be filed, the Defendant filed an "emergency" motion requesting yet another five (5) days, or until May 24, 2021, within which to file her reply brief. The Defendant does not support this request with any good cause, however, as the pertinent rule of procedure requires. *See* Fed. R. App. P. 26(b) ("For good cause, the court may extend the time prescribed by these rules or by its order to perform any act …."). Instead, the Defendant merely indicates that her reply brief is nearly complete and that she is mindful of this Court's order indicating no further extensions should be expected.

1

The Defendant has had four months to file her permissive reply brief. She has been on notice since April 29, 2021, that her reply brief was due to be filed on or before today, with no further extensions. No further extensions should be allowed to delay this appeal any longer particularly where, as here, the Defendant has failed to provide any reason, let alone, the good cause necessary to allow her motion. The motion should be denied.

Alternatively, should this Court grant the Defendant's motion, Citibank as Trustee respectfully requests that the court order the Defendant to file her reply brief on or before May 24, or she will be precluded from filing the reply brief.

WHEREFORE, Plaintiff-Appellee, CITIBANK, N.A. as Trustee for American Home Mortgage Assets Trust 2006-3 Mortgage-Backed Pass-Through Certificates Series 2006-3 respectfully requests that the court deny Defendant-Appellant, Katherine L. Caito's Emergency Motion to Extend Time to File Reply Brief. If the motion is granted, however, CITIBANK, N.A. as Trustee for American Home Mortgage Assets Trust 2006-3 Mortgage-Backed Pass-Through Certificates Series 2006-3 respectfully requests that the court indicate in its order that the Defendant-Appellant will be precluded from filing her reply brief after May 24, 2021, so this appeal may proceed.

1028594\308187202.v1

Respectfully submitted,

Counsel for Plaintiff-Appellee

By: Their Attorneys


/s/ *Marissa I. Delinks*

Marissa I. Delinks, Bar Id. 111180
Maura K. McKelvey, Bar Id. 67218
Samuel D. Bodurtha, Bar ID. 1171902
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Tel: 617-213-7000
Fax: 617-213-7001
Email:  mdelinks@hinshawlaw.com
          mmckelvey@hinshawlaw.com
          sbodurtha@hinshawlaw.com

Dated:    May 19, 2021


## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the documents filed through the ECF

system will be sent electronically to the registered participants as identified on the

Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as

non-registered participants on May 19, 2021.

 */s/ Marissa I. Delinks*
Marissa I. Delinks

1028594\308187202.v1